

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00452-CV

Mark **HART** and Angelica Hart,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is denied.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court